UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW ANDERSON,

                Plaintiff,

              - against -

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, ALL TAXI MANAGEMENT,
and TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY,

              Defendants.
------------------------------------------------------------X

25-CV-1990 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On May 28, 2025, Defendant All Taxi Management filed a motion to compel arbitration. Any opposition to the motion must be filed by **July 2, 2025**, the same day as any opposition must be filed to the motion to dismiss filed by New York City Taxi and Limousine Commission. If Plaintiff fails to file any opposition by the due date, the motions may be granted for that reason alone.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2025
         New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this order to the pro se plaintiff:

Andrew Anderson
P.O. Box 1218
New York, NY 10027

1