

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

LEAH A. REISS
Phone: 212-356-2116
E-mail: lreiss@law.nyc.gov

June 19, 2025

> The request to cancel the June 26, 2025 conference is DENIED. The conference will proceed as scheduled. However, the parties are relieved of their obligation to hold a Rule 26(f) conference and to submit a proposed case management plan and schedule.
>
> SO ORDERED:
>
> 6/20/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

BY ECF
Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  Anderson v. New York City Taxi and Limousine Commission et al., Docket No. 25-cv-1990-MMG-RWL

Dear Judge Lehrburger:

I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for Defendant the New York City Taxi and Limousine Commission ("Defendant TLC").

I write to respectfully request that the Court postpone the Pretrial Conference, which is currently scheduled for June 26, 2025, until motions filed by Defendant TLC, Defendant All Taxi Management, and Defendant Triborough Bridge and Tunnel Authority ("Defendant TBTA") have been decided. Defendants All Taxi Management and TBTA have consented to the postponement request. I attempted to contact Plaintiff Andrew Anderson ("Plaintiff") by phone on Friday, June 13, 2025, to obtain his consent. I was unable to reach Plaintiff, and left a voicemail detailing my request and providing my contact information. Plaintiff has not responded as of the date of this filing. This is the first request to postpone the Pretrial Conference.

On May 28, 2025, Defendant All Taxi Management filed a Motion to Compel Arbitration. 20 & 21. On May 29, 2025, the Court scheduled the Pretrial Conference for June 26, 2025. 22. On June 2, 2025, Defendant TLC filed a Motion to Dismiss the Complaint. Dkt. Nos. 23–25. On June 3, 2025, and June 4, 2025, the Court directed that any opposition to,

respectively, Defendant TLC's Motion to Dismiss and Defendant All Taxi Management's Motion to Compel Arbitration be filed by July 2, 2025. Dkt. Nos. 26 & 28. On June 16, 2025, Defendant TBTA filed a Motion to Dismiss the Complaint. Dkt. Nos. 29 & 30.

Defendant TLC respectfully requests that the Pretrial Conference be adjourned until after the Defendants' motions have been decided in order to conserve the Courts and parties resources and in the service of judicial economy. The pending motions, if granted, would be outcome dispositive of this litigation. As such, the developing of a case scheduling order and the conduct of any discovery may prove unnecessary. Because this request is to postpone the Pretrial Conference pending the outcome of three motions, which will happen at an unknown date, Defendant TLC has not proposed future dates. Should the Court direct that suggested dates be provided, I will do so, upon consultation with the Plaintiff and counsels for Defendants All Taxi Management and TBTA.

In summary, Defendant requests, with the consent of Defendants All Taxi Management and TBTA, but without Plaintiff's consent, that the Pretrial Conference be postponed pending decisions on Defendants' motions.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Leah A. Reiss
Leah A. Reiss


Cc:    Counsel for Defendant All Taxi Management (via ECF)
       Counsel for Defendant TBTA (via ECF)
       *Pro se* Plaintiff (via U.S. Mail and ECF)