```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW ANDERSON,                                    :
                                                    :
                        Plaintiff,                  :
                                                    :       25-CV-1990 (MMG) (RWL)
        - against -                                 :
                                                    :
NEW YORK CITY TAXI AND LIMOUSINE                    :       ORDER
COMMISSION, ALL TAXI MANAGEMENT,                    :
and TRIBOROUGH BRIDGE AND TUNNEL                    :
AUTHORITY,                                          :
                                                    :
                        Defendants.                 :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 16, 2025, the TBTA filed a motion to dismiss. (Dkt. 29.) Any opposition to that motion to dismiss shall be filed by **July 16, 2025**, and any reply shall be filed by July 30, 2025. Oppositions to the other pending motions (see Dkts. 20 and 23) remain due by **July 2, 2025**, and any replies thereto shall be filed by July 16, 2025. If Plaintiff does not file any opposition to a motion, that alone may be grounds for granting the motion.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this order to the pro se plaintiff:

1

Andrew Anderson
P.O. Box 1218
New York, NY 10027