```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW ANDERSON,                                :
                                                :
                    Plaintiff,                  :
                                                :   25-CV-1990 (MMG) (RWL)
       - against -                              :
                                                :
NEW YORK CITY TAXI AND LIMOUSINE                :         ORDER
COMMISSION, ALL TAXI MANAGEMENT,                :
and TRIBOROUGH BRIDGE AND TUNNEL                :
AUTHORITY,                                      :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial case management conference held via Microsoft Teams on June 26, 2025:

1. Defendant All Taxi Management ("All Taxi") filed a motion to compel arbitration on May 28, 2025 (Dkt. 20). Plaintiff served his opposition to All Taxi's motion and has also filed a cross-motion. By **July 2, 2025**, All Taxi shall file a letter attaching Plaintiff's opposition and cross-motion, which shall constitute filing of those motions. All Taxi shall file a reply, if any, by **July 16, 2025**.

2. Defendant New York City Taxi and Limousine Commission (the "Commission") filed a motion to dismiss on June 2, 2025. (Dkt. 23.) The Court previously ordered that Plaintiff respond to the Commission's motion by July 16, 2025. That date is now extended to **August 15, 2025**. Any reply shall be filed within 21 days after Plaintiff files his opposition.

3. Defendant Triborough Bridge and Tunnel Authority ("Triborough") filed a motion to dismiss on June 16, 2024 (Dkt. 29.) The Court previously ordered that Plaintiff

1

respond to the Commission's motion by July 16, 2025. That date is now extended to **August 15, 2025**. Any reply shall be filed within 21 days after Plaintiff file's his opposition.

4. Discovery is stayed pending resolution of the pending motions to dismiss and to compel arbitration.

5. Plaintiff is reminded that he must file all documents in this case by submitting them to the Pro Se Intake Unit, Room 250, 500 Pearl Street, New York, New York 10007, whose telephone number is 212-805-0175.

6. Plaintiff explained that because of his living circumstances, communications with him should be made by email at wagardha@hotmail.com. Plaintiff stated that he has agreed to electronic service. Accordingly, Plaintiff will receive notice of filings (including but not limited to orders of the court) on the docket **solely** by electronic means to the email provided. Plaintiff is responsible for updating the Court with any contact information that changes and for supplementing that contact information if he secures phone service and/or obtains a steady residence where mail can be sent to him.

7. Attached to this order is a flyer for the federal pro se legal services clinic offered through the New York City Bar Association.

The Clerk of Court is respectfully directed to add to ECF Plaintiff's email address: wagardha@hotmail.com. The Clerk of Court is advised that the P.O. Box address currently listed on ECF for Plaintiff is no longer in service. The Clerk of Court is further advised that Plaintiff has agreed to accept service electronically.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 26, 2025
       New York, New York

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.