UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW ANDERSON,

                          Plaintiff,

            -against-

THE NEW YORK CITY TAXI & LIMOUSINE
COMISSION, et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/5/2026___

25-CV-01990 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff Andrew Anderson, proceeding *pro se*, initiated this action on March 9, 2025 alleging violations of his constitutional rights. Dkt. No. 1. On May 28, 2025, Defendant All Taxi Management moved to compel arbitration. Dkt. No. 20. On June 2, 2025 and June 16, 2025, Defendants New York City Taxi & Limousine Commission and Triborough Bridge and Tunnel Authority moved to dismiss the Complaint. Dkt. Nos. 23 & 29. On December 10, 2025, Magistrate Judge Robert W. Lehrburger issued a Report and Recommendation recommending granting the motions to dismiss. Dkt. No. 43. Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules of Civil Procedure, the deadline to file objections to the Report and Recommendation was December 24, 2025. Defendant New York City Taxi & Limousine Commission filed objections on that date. Dkt. No. 44.

On December 21, 2025, Plaintiff requested an extension of the deadline to file objections due to extraordinary hardship. Dkt. No. 45. Due to the intervening holidays, the request was not processed by the Pro Se Office and docketed until January 2, 2026. Plaintiff's request is GRANTED. The deadline for Plaintiff to file objections to the Report and Recommendation is EXTENDED until **January 26, 2026**. The deadline to respond to any objections—including New York City Taxi & Limousine Commission's December 24, 2025 objections—is likewise EXTENDED until **February 9, 2026**.

Dated: January 5, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

1