UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ANDREW ANDERSON,                              :
                                              :
                    Plaintiff,                :
                                              :          25-CV-1990 (MMG) (RWL)
          - against -                         :
                                              :
NEW YORK CITY TAXI AND LIMOUSINE              :              **ORDER**
COMMISSION, ALL TAXI MANAGEMENT,              :
and TRIBOROUGH BRIDGE AND TUNNEL              :
AUTHORITY,                                    :
                                              :
                    Defendants.               :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In response to Plaintiff's letter on January 20, 2026 concerning access to ECF, the Court reproduces here information from the SDNY Pro Se guidance, available on the court's website at:

https://nysd.uscourts.gov/sites/default/files/pdf/ProSe/2%20%20FAQ%20Filing%20Instructions.pdf.  As stated there:

"All actions filed in the Southern District of New York are filed electronically on the court's electronic case filing ("ECF") system. The court's staff scan all papers submitted by pro se litigants on the ECF system. After a case is opened and assigned a docket number, litigants may ask the assigned judge for permission to file documents electronically by filing a Motion for Permission for Electronic Case Filing.  PACER stands for Public Access to Court Electronic Records and is a database for federal cases. You may sign up for an account on PACER for free [at https://pacer.uscourts.gov/]. If you want to file documents electronically, or consent to electronic service, you must create a free account on PACER. The account is free to create and to view a document ONCE, without

1

being charged any fees. You therefore should save the document if you want to view it again. You will not receive a hard copy of any documents in the mail if you consent to electronic service or are granted permission to file documents electronically. At any time, if you no longer want to receive documents electronically, you may ask the court to remove your email and to use regular mail for court filings."

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2026
    New York, New York

Copies transmitted this date to all parties.

2